UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TROPICAL BEES, LLC,

        Plaintiff,

v.                                                    Case No:   2:16-cv-672-FtM-99MRM

THE BARKA GROUP, LLC,

        Defendant.
_____/

**ORDER**[1]

    This matter comes before the Court on review of the Amended Complaint (Doc. #8) filed on September 16, 2016.  Plaintiff Tropical Bees, LLC (Tropical) brings this case against Defendant The Barka Group, LLC (Barka) based on diversity jurisdiction.  (Doc. #1, at ¶3).  Claims properly brought in federal court pursuant to diversity jurisdiction contain matters where the parties are completely diverse with regard to citizenship and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  28 U.S.C. § 1332(a); *Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1261 (11th Cir. 2000).  In an action filed directly in federal court, plaintiff bears the burden of adequately pleading, and ultimately proving, jurisdiction.  *King v. Cessna Aircraft Co.,* 505 F.3d 1160, 1171 (11th Cir. 2007).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Here, Tropical failed to properly indicate its individual citizenship. Instead, Tropical merely states it "is a Florida Corporation, whose principal place of business is located at 2033 NE 24 Terrace, Cape Coral, FL, 33909." (Doc. #1, at ¶1). Likewise, Tropical merely states that Defendant Barka is "an Arizona Corporation, whose principal place of business is located at 3526 W. Ocotillo Rd., Phoenx, AZ, 85019." (*Id.* at ¶2). A limited liability company is a citizen of every state in which one of its members is located. *Moreno v. Breitburn Florida, LLC*, No. 2:09-cv-566-FtM-29DNF, 2011 WL 2293124, at *1 (M.D. Fla. June 9, 2011) (citing *Rolling Greens MHP, L.P. v. Comcast SCH Holdings, LLC,* 374 F.3d 1020 (11th Cir. 2004)). Here, it appears Tropical has relied on the citizenship requirements for a corporation instead. After all, the members of the LLC and their respective locations are not disclosed in the complaint.

The Court is currently not satisfied that it has federal jurisdiction to facilitate this case. The Court will dismiss the complaint without prejudice but allow Tropical to file an amended complaint that properly alleges the Court's jurisdiction.

Accordingly, it is now

**ORDERED:**

1.  The Complaint (Doc. #1) is **DISMISSED without prejudice**. Plaintiff Tropical Bees, LLC may file an amended complaint that properly alleges subject matter jurisdiction no later than **November 15, 2015**. Failure to timely file an amended complaint will result in this matter being closed.

2.  Plaintiff's Motion for Entry of Clerk's Default (Doc. #14) is **DENIED AS MOOT** pending this Court's review of whether it has subject matter jurisdiction over this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of November, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record